USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  9/11/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FRESCO PRODCUTS INC.,

                       **Plaintiff,**

          **-against-**

RED ONE STEAK LLC,

                     **Defendant.**

---

          **19-cv-08995 (ALC)**

          **ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty days.

**SO ORDERED.**

Dated:     September 10, 2020
            New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**